ADAM PAUL LAXALT
Attorney General
VIVIENNE RAKOWSKY
Deputy Attorney General
Nevada Bar No. 009160
CHRISTOPHER A. ECCLES
Nevada Bar No. 009798
555 E. Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3094
(702) 486-3416 (fax)
VRakowsky@ag.nv.gov
CEccles@ag.nv.gov
Attorneys for Defendants
Nevada State Athletic Commission,
Dr. Margaret Goodman, and
Marc Ratner

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PATRICIA HARDING MORRISON, Pro Se )
)
    Plaintiff,    )    Case No. 2:14-cv-01207-RFB-PAL
)
vs.    )    **EX PARTE MOTION FOR AN**
)    **ENLARGEMENT OF TIME**
QUEST DIAGNOSTICS INCORPORATED; )    (FIRST REQUEST)
JOHN HIATT; DR. MARGARET GOODMAN; )
NEVADA STATE ATHLETIC COMMISSION; )
MARC RATNER; et al.    )
)
    Defendants.    )
)
)
)
)
)
_____ )

    COMES NOW, Nevada State Athletic Commission, Marc Ratner and Dr. Margaret

Goodman (hereinafter "STATE DEFENDANTS"), by and through their attorney, Adam Paul

Laxalt, Attorney General, and his deputy, Vivienne Rakowsky, Deputy Attorney General, and

hereby respectfully submit the instant **EX PARTE MOTION FOR AN ENLARGEMENT OF**

**TIME (FIRST REQUEST)** in the above-referenced matter.

/ / /

/ / /

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1  This Motion is brought pursuant to Fed.R.Civ.P. 6(b), LR 6-1 and 6-2, the attached Points and

2  Authorities, and the papers and pleadings on file with the Court herein.

3      DATED this 28th day of October 2015.

4                                        Respectfully submitted,
5                                        ADAM PAUL LAXALT
                                         Attorney General
6
7      By: _____
8                                        VIVIENNE RAKOWSKY
                                         Deputy Attorney General
9

10                      **POINTS AND AUTHORITIES**

11  I.    **LEGAL ARGUMENT**

12      Fed.R.Civ.P. 6(b)(1)(A) provides, in pertinent part:

13              (b) *Extending Time.*
                (1) *In General.* When an act may or must be done within a
14          specified time, the court may, for good cause, extend the time:
                (A) with or without motion or notice if the court acts, or if a
15          request is made, before the original time or its extension expires[.]

16      Rule 6(b)(1) allows for a party to move for an enlargement of time, the determination of

17  which lies with the presiding court. "The Court has inherent power and discretion to control its

18  docket, and the proceedings within the cases on its docket." *Ford v. County of Missoula,*

19  *Mont.*, 2010 WL 2674036, 1 (D.Mont., 2010) (citing *Landis v. North American Co.,* 299 U.S.

20  248, 254 (1936); *see also* Fed.R.Civ.P. 6(b) (advisory committee note, 1946) ("Rule 6(b) is a

21  rule of general application giving wide discretion to the court to enlarge these time limits or

22  revive them after they have expired . . .").

23      Plaintiff filed an Amended Complaint on October 16, 2015. Defendants are requesting

24  an extension of time to file their response to plaintiff's Amended Complaint (CD 79) before the

25  deadline has expired.  The due date is October 30, 2015.  This is the first request made by the

26  Defendants to enlarge time.  The request is based upon good cause to allow assigned

27  counsel to file the response to Plaintiff's Amended Complaint on Monday, November 2nd

28  because Friday, October 30th is a Nevada State holiday, and all State offices are closed

1    leaving no staff to e-file the response on the current due date.

2        Assigned Counsel, Deputy Attorney General Vivienne Rakowsky respectfully emailed

3    Plaintiff on October 27th and explained about the state holiday and respectfully requested that

4    Plaintiff stipulate to allow the filing on Monday, November 2, 2015.   A true and correct copy of

5    the email is attached hereto as Exhibit "A".  The Plaintiff did not respond to the request.

6        On October 28, 2015, another email was sent with a draft motion similar to this

7    requesting the extension and explaining that if not, the State Defendants would file a Motion

8    with the Court to extend time.

9        The Plaintiff responded, and denied the State Defendant's request.  A true and correct

10   copy of the email sent to Plaintiff and the response email is collectively attached hereto as

11   Exhibit "B."

12       Based upon the foregoing, Defendants respectfully request that this Honorable Court

13   allow a one (1) court day enlargement of time in which to file a response to Plaintiff's

14   Amended Complaint (CD 79) though and including November 2, 2015.  This request is made

15   in good faith and not for purposes of delay.

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

## III.   CONCLUSION

Because good cause has been shown, Defendants respectfully request the Court to enlarge the time by which they must file a response to Plaintiff's Amended Complaint pursuant to Fed.R.Civ.P. 6(b) by 1 court day to November 2, 2015.

Dated this 28th day of October, 2015.

Respectfully submitted,

ADAM PAUL LAXALT
Attorney General

By: _____
VIVIENNE RAKOWSKY
Deputy Attorney General
Nevada State Bar No. 009160

"IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2015          "

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

4

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

### DECLARATION VIVIENNE RAKOWSKY

Declarant, VIVIENNE RAKOWSKY, hereby states:

I present this Declaration in support of Defendants Motion for Enlargement of Time (First Request) in the United States District Court, District of Nevada, Case No. 2:14-cv-01207-RFB-PAL, *Morrison v. Quest Diagnostics Incorporated, et al.*; I have personal knowledge of and am competent to testify regarding the matters stated in this Declaration.

I am an attorney licensed to practice in the State of Nevada, and I am admitted to practice in the United States District Court for the District of Nevada.

I am currently assigned as a Deputy Attorney General, Las Vegas, within the Nevada Office of the Attorney General, Bureau of Government Affairs, Business & Industry Division.

Friday, October 30th is the due date for State Defendant's response to the Plaintiff's Amended Complaint. The Amended Complaint was filed on October 16, 2015.

October 30th is Nevada Day, a State of Nevada holiday. All state offices including the Office of the Attorney General will be closed.

Counsel is requesting a 1 (one) court day extension from Friday, October 30, 2015, up to and including, Monday, November 2, 2015 to provide a response to Plaintiff's Amended Complaint (CD 79).

Counsel has offered a Stipulation to Plaintiff, and Plaintiff has denied the request for 1 (one) court date extension.

This is the first request for an extension being made by, and on behalf of, Defendants DR. MARGARET GOODMAN; NEVADA STATE ATHLETIC COMMISSION; MARC RATNER in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

1      This request is being made prior to the expiration of the deadline and is being made in

2    good faith and not for the purpose of delay.

3      Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of

4    perjury under that the foregoing is true and correct to the best of my knowledge and belief.

5

6      DATED this 28th day of October, 2015.

7

8                  _____

9                  VIVIENNE RAKOWSKY

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

# EXHIBIT A

# EXHIBIT A

## Vivienne Rakowsky

| | |
|---|---|
| **From:** | Vivienne Rakowsky |
| **Sent:** | Tuesday, October 27, 2015 11:21 AM |
| **To:** | 'Trisha Harding Morrison R I P Tommy' |
| **Cc:** | 'Faye Caldwell' |
| **Subject:** | Morrison |

Dear Ms. Morrison:

I would like to respectfully ask If you will agree to allow the State Defendants to file our response to your Amended Complaint on Monday, November 2, 2015.  The response is due on October 30, 2015, but all of the state office buildings are closed on Friday for "Nevada Day."  It is a state holiday and not a federal one.  So although the state courts are closed, the federal court is still open.

The problem I have is that my office is closed so no one will be available to file the response with the federal court on October 30th.  The Court stated that if you will stipulate to allow the State Defendants to file on November 2nd, it would be fine.  So please let me know so that I can have my office prepare a stipulation for you to sign and return to me.  We would file it with the Court.

Thank you in advance for your consideration of this matter.  If you have any questions, please do not hesitate to contact me.

Sincerely,
Vivienne


**Vivienne Rakowsky, Deputy Attorney General**
**State of Nevada**
**Office of the Attorney General**
**555 East Washington Avenue, Suite 3900**
**Las Vegas, Nevada  89101**
vrakowsky@ag.nv.gov
**Phone: (702) 486-3103**
**Fax: (702) 486-3416**
 **This message and attachments are intended only for the addressee(s) and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, I did not intend to waive and do not waive any privileges or the confidentiality of the messages and attachments, and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately by e-mail at** vrakowsky@ag.nv.gov **and delete the message and attachments from your computer and network. Thank you.**

# EXHIBIT B

# EXHIBIT B

## Vivienne Rakowsky

| | |
|---|---|
| **From:** | Tommy and Trisha Morrison <tommyandtrishamorrison@yahoo.com> |
| **Sent:** | Wednesday, October 28, 2015 12:41 PM |
| **To:** | Vivienne Rakowsky |
| **Cc:** | Faye Caldwell; Keith Weaver; weaver@lewisbrisbois.com; Trisha Harding Morrison R. I. P. Tommy |
| **Subject:** | Ref: Attorney General's Office Request for Stipulation and Enlargement of Time Morrison v Quest et al |

REF: 2:14-CV-01207
Ms. Rakowsky ; Ms.Caldwell and Mr.Weaver:

Ms.Rakowsky :
Thank you for your email received: the afternoon of October 27th, 2015 and email received: the morning of October 28, 2015.

1. The court ordered Amended Complaint was filed on October 16th, 2015 with the Court in Nevada , of which you received your own copies through your electronic system that same day October 16, 2015.

2. In addition I mailed to all defense counsel copies via first class ,certified mail, which you have received and signed for.

3. It is my understanding that replies to my Amended Complaint are due on , (or before ), October 30th, 2015 filed with the court, and a copy to be sent to me in order that I may file a timely response.

4. "Nevada Day" has been in existence since 1864 and it appears to me to be an unnecessary excuse for a delay in responding to my Amended Complaint of the events that took place on the soil of Las Vegas, Nevada.

5. In the time that it takes to contact me via email, write a motion, use precious judicial time and resources, your Attorney General's office and staff could have filed, and still can, prior to October 30th,2015.

6. Your pre-prepared document: Motion for Enlargement must be amended to read that this Plaintiff DID respond to both your unexpected emails. If this is not done and you file your document "as is" , this Plaintiff will file an OBJECTION with this Court.


I respectfully DENY your request to send me a "stipulation".
I respectfully DENY any approval of your "enlargement of time".


Thank you.
Patricia Harding Morrison

## Vivienne Rakowsky

| | |
|---|---|
| **From:** | Vivienne Rakowsky |
| **Sent:** | Wednesday, October 28, 2015 10:40 AM |
| **To:** | 'Trisha Harding Morrison R I P Tommy' |
| **Cc:** | 'Faye Caldwell' |
| **Subject:** | Motion for Exlargement of Time - First Request - |
| **Attachments:** | Motion for Enlargement of Time - First Request - Response to Amended Complaint (2).doc; Declaration in Support of Motion for Exlargement of Time - First Request - Amended Complaint.doc |

Dear Ms. Morrison:

I had emailed you yesterday requesting a one court day extension to file the State Defendant's response to the Amended Complaint due to the closure of the State offices on October 30th . Not having heard from you and with the deadline approaching, I have prepared this Motion requesting this same relief from the Court that I hoped that you would agree to by stipulation. Accordingly, if I do not hear from you by 3:00 p.m. (pacific daylight time) today, I will file this motion with the Court.

Thank you for your consideration of this request.

Sincerely,
Vivienne


**Vivienne Rakowsky, Deputy Attorney General**
**State of Nevada**
**Office of the Attorney General**
**555 East Washington Avenue, Suite 3900**
**Las Vegas, Nevada 89101**
vrakowsky@ag.nv.gov
**Phone: (702) 486-3103**
**Fax: (702) 486-3416**
**This message and attachments are intended only for the addressee(s) and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, I did not intend to waive and do not waive any privileges or the confidentiality of the messages and attachments, and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately by e-mail at vrakowsky@ag.nv.gov and delete the message and attachments from your computer and network. Thank you.**