ADAM PAUL LAXALT
  Attorney General
VIVIENNE RAKOWSKY
  Deputy Attorney General
Nevada Bar No. 009160
State of Nevada
Office of the Attorney General
555 E. Washington Ave.
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3103 (phone)
(702) 486-3416 (fax)
VRakowsky@ag.nv.gov

Attorneys for Defendants
Nevada State Athletic Commission,
Dr. Margaret Goodman,
and Marc Ratner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HARDING MORRISON, individually and in her capacity as Executor / Administrator of the estate of Tommy Morrison, a deceased individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS INCORPORATED, a Nevada domestic corporation; JOHN HIATT; an individual; DR. MARGARET GOODMAN, an individual; NEVADA STATE ATHLETIC COMMISSION; an unknown business entity; MARC RATNER, an individual.<br><br>　　　Defendants. | Case No. 2:14-cv-01207-RFB-PAL<br><br>**DEFENDANTS NEVADA STATE ATHLETIC COMMISSION, MARC RATNER, AND DR. MARGARET GOODMAN'S JOINDER TO QUEST DIAGNOSTICS AND JOHN HIATT'S MOTION TO STAY FURTHER FILINGS ABSENT LEAVE OF COURT PENDING THE COURT'S DECISION ON DEFENDANTS' PENDING DISPOSITIVE MOTIONS** |

　　Defendants Dr. Margaret Goodman, Nevada State Athletic Commission, and Marc Ratner ("State Defendants") by and through their attorneys, Adam Paul Laxalt, Attorney General, and his deputy, Vivienne Rakowsky, Deputy Attorney General, hereby file their Joinder to Quest Diagnostic, Incorporated and John Hiatt's, Ph.D.'s Motion to Stay Further Filings Absent Leave of Court Pending the Court's Decision on Defendants' Pending Dispositive Motions (CD #268).

## STATEMENT OF JOINDER

State Defendants hereby join, adopt, and incorporate herein the facts, legal arguments, and conclusions set forth in the Quest Defendants' Motion to Stay Further Filings Absent Leave of Court Pending the Court's Decision on Defendants' Pending Dispositive Motions with respect to State Defendants' Motion for Summary Judgment (CD #185).

## CONCLUSION

For the reasons set forth above, State Defendants Join Quest Diagnostic, Incorporated and John Hiatt's Motion to Stay Further Filings Absent Leave of Court Pending the Court's Decision on Defendants' Pending Dispositive Motions (CD #268) while State Defendants' Motion for Summary Judgment (CD #185) is being considered by this Honorable Court.

Respectfully submitted this 30th day of September 2016.

ADAM PAUL LAXALT
Attorney General

By:/s/ Vivienne Rakowsky
    Vivienne Rakowsky (Bar No. 009160)
    Deputy Attorney General

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Nevada Office of the Attorney General, and that on the 30th day of April, 2016, I did cause a true copy of **DEFENDANTS NEVADA STATE ATHLETIC COMMISSION, MARC RATNER, AND DR. MARGARET GOODMAN'S JOINDER TO QUEST DEFENDANTS' MOTION TO STAY FURTHER FILINGS ABSENT LEAVE OF COURT PENDING THE COURTS' DECISION ON DEFENDANTS' DISPOSITIVE MOTIONS (CD #268)** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System and e-mailed a courtesy copy and Certified US Mail a copy to Plaintiff as follows:

Patricia Harding Morrison
P.O. Box 454
Rose Hill, Kansas 67133
tommyandtrishamorrison@yahoo.com; tommythedukemorrison@yahoo.com
(Courtesy copy via email and US Certified Mail)

Faye Caldwell, Esq.
Caldwell & Everson
2777 Allen Parkway, Suite 950
Houston, TX 77019
(Via CM/ECF)

Keith A. Weaver, Esq.
Lewis Brisbois
6385 S. Rainbow, Blvd., #600
Las Vegas, NV 89101
(Via CM/ECF)

/s/Michele Caro
An Employee of the Office of the Attorney General